**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Marvin Keith McBride, Appellant.

Appellate Case No. 2021-000813

———————

Appeal From Clarendon County
R. Ferrell Cothran, Jr., Circuit Court Judge

———————

Unpublished Opinion No. 2022-UP-285
Submitted April 1, 2022 – Filed July 6, 2022

———————

**APPEAL DISMISSED**

———————

Deputy Chief Appellate Defender Wanda H. Carter, of
Columbia, and Marvin Keith McBride, pro se, both for
Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General William M. Blitch,
Jr., both of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and
review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to
be relieved is granted.

**APPEAL DISMISSED.**[1]

**GEATHERS and HILL, JJ., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.